UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Douglas Kent Rowland                           Case #:        04-66010
        Rebecca Sue Rowland

                                                       Chapter 13

                                                       Judge:         Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: January 19, 2010                    /s/ Frank M. Pees_____
                                           Frank M. Pees
                                           Chapter 13 Trustee


Name and Address                           Amount

Waterfront Auto                            $58.50
26410 St. Rt. 7
Marietta OH 45750-5111